UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Esther Salas |
| v. | : | Crim. No. 24-667 |
| TD BANK, N.A. | : | WAIVER OF INDICTMENT |

TD BANK, N.A., the above-named defendant, which is charged in the Information with conspiring to: (1) fail to maintain an adequate anti-money laundering program, contrary to Title 31, United States Code, Sections 5318(h) and 5322, (2) fail to file accurate Currency Transaction Reports, contrary to Title 31, United States Code, Sections 5313 and 5324, and (3) launder monetary instruments, contrary to Title 18, United States Code, Section 1956(a)(2)(B)(i), in violation of Title 18, United States Code, Section 371, being advised of the nature of the charge, the proposed information, and its rights, hereby waives in open court on _October 10, 2024_, prosecution by indictment and consents that the proceeding may be by information rather than by indictment.

_____
Cynthia Adams
For Defendant TD BANK, N.A.

_____
Loretta E. Lynch, Esq.
Nicolas Bourtin, Esq.
Aisling O'Shea, Esq.
Counsel for Defendant

Before:_____
HON. ESTHER SALAS
United States District Judge