## ATTACHMENT F

## **COMPLIANCE CERTIFICATION**

To: United States Department of Justice
Criminal Division, Money Laundering and Asset Recovery Section
Attention: Chief, Bank Integrity Unit

United States Attorney's Office
District of New Jersey
Attention: U.S. Attorney

Re: Plea Agreement Compliance Certification

The undersigned certify, pursuant to Paragraphs 24 and 25 of TDBNA's Plea Agreement and Paragraphs 28 and 29 of TDBUSH's Plea Agreement (together, the "Agreements") filed on October 10, 2024 in the United States District Court for the District of New Jersey, by and between the United States Department of Justice, Criminal Division, Money Laundering and Asset Recovery Section ("MLARS") and the United States Attorney's Office for the District of New Jersey ("the USAO-DNJ") (collectively the "Offices") and TD BANK, N.A. ("TDBNA") and TD BANK US HOLDING COMPANY ("TDBUSH") (together, the "Defendants"), that the undersigned are aware of the Defendants' compliance obligations pursuant to Paragraphs 24 and 25 of TDBNA's Plea Agreement, Paragraphs 28 and 29 of TDBUSH's Plea Agreement, and Attachment C to the Agreements and that, based on the undersigned's review and understanding of the Defendants' Compliance Program as defined in Attachment C, the Defendants have implemented a Compliance Program that meets the requirements set forth in Attachment C to the Agreements. The undersigned certify that the Defendants' Compliance Program is reasonably and effectively designed to detect and prevent violations of the Bank Secrecy Act and related regulations, money laundering laws, and laws prohibiting other forms of illicit finance throughout the Defendants' operations.

The undersigned hereby certify, if applicable, that, based on a review of the Defendants' reports submitted to the Offices, the reports were true, accurate, and complete as of the day they were submitted.

The undersigned hereby certify that they are respectively the Chief Executive Officer and Bank Secrecy Act ("BSA") Officer of TDBNA and TDBUSH, the Chief Executive Officer and Chief Anti-Money Laundering ("AML") Officer of Toronto-Dominion Bank, d/b/a "TD Bank Group," and the Chief Executive Officer and Chief Risk Officer of TD Group US Holdings LLC ("TDGUS") and each has been duly authorized by the Defendants to sign this Certification on behalf of the Defendants.

This Certification shall constitute a material statement and representation by the undersigned and by, on behalf of, and for the benefit of, the TDBNA, TDBUSH, TDGUS, and TD Bank Group to the executive branch of the United States for purposes of Title 18, United States Code, Section 1001, and such material statement and representation shall be deemed to have been made in the District of New Jersey. This Certification shall also constitute a record, document, or tangible object in connection with a matter within the jurisdiction of a department and agency of the United States for purposes of Title 18, United States Code, Section 1519, and such record, document, or tangible object shall be deemed to have been made in the District of New Jersey.

By: _____     Dated: _____
    [Chief Executive Officer]
    TD BANK, N.A.
    TD BANK US HOLDING COMPANY

By: _____          Dated: _____
    [BSA Officer]
    TD BANK, N.A.
    TD BANK US HOLDING COMPANY


By: _____          Dated: _____
    [Chief Executive Officer]
    Toronto-Dominion Bank
    d/b/a/ "TD Bank Group"


By: _____          Dated: _____
    [Chief AML Officer]
    Toronto-Dominion Bank
    d/b/a/ "TD Bank Group"


By: _____          Dated: _____
    [Chief Executive Officer]
    TD Group US Holdings LLC


By: _____          Dated: _____
    [Chief Risk Officer]
    TD Group US Holdings LLC